USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/3/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| TRUSTEES OF THE DISTRICT COUNCIL NO. 9 PAINTING INDUSTRY INSURANCE FUND and TRUSTEES OF THE DISTRICT COUNCIL NO. 9 PAINTING INDUSTRY ANNUITY FUND and TRUSTEES OF THE DISTRICT COUNCIL NO. 9 FINISHING TRADES INSTITUTE and TRUSTEES OF THE INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES NATIONAL PENSION FUND and THE DISTRICT COUNCIL NO. 9 INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES, <br><br> Plaintiffs, <br> -against- <br><br> MIKE'S PAINTING SERVICES INC., <br><br> Defendant. | Index No.: 21-CIV-10523 (NSR) <br><br><br><br><br><br> DEFAULT JUDGMENT |

---

This action having been commenced on December 9, 2021 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been served on the Defendant, Mike's Painting Services Inc., on December 13, 2021 via NYS Secretary of State and said Proof of Service having been filed with the Clerk of the Court on December 20, 2021 and the Defendant not having appeared, answered or otherwise moved with respect to the Complaint within the time allowed by law, and the time for appearing, answering or otherwise moving having expired it is,

ORDERED, ADJUDGED AND DECREED: that the Plaintiffs have judgment against Defendant in the liquidated amount of Six Thousand Four Hundred Fifty Seven Dollars and Thirty Four Cents ($6,457.34), which includes the following: contributions due and owing in the sum of $489.71 for the unpaid audit for the period October 1, 2018 through June 30, 2021; $2,581.81 for an unpaid remittance report for the period week ending October 30, 2018 through November 6, 2018;

interest in the sum of $12.84 calculated at 2% above prime per annum through to June 30, 2021 on the unpaid audit; interest in the sum of $435.68 calculated at 2% above prime per annum from January 1, 2019 through June 30, 2021 on the unpaid remittance report; liquidated damages in the sum of $614.30 calculated at 20% of the principal amount owed; attorneys' fees in the sum of $1,850.00; plus court costs and disbursements of this action in the sum of $473.00.

ORDERED, that the Judgment rendered by the court on this day in favor of the Plaintiffs be entered as a final judgment against Defendant and the Clerk of the Court is directed to enter such judgment forthwith.

Dated: White Plains, New York
       March 3       , 2022

So Ordered:

_____
Honorable Nelson S. Román, U.S.D.J.